IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUIS VASQUEZ,

                Plaintiff,                     ORDER

       v.                                   05-C-528-C

MATHEW FRANK, Secretary,
GARY McCAUGHTRY, Former Warden,
MARC CLEMENTS, Security Director,
CURTIS JANSSEN, HSCUM,
STEVEN SCHUELER, HSCSS,
BELINDA SCHRUBBE, HSUM,
GARY ANKARLO, PSUS,
RICK RAEMISCH, OOS,
JAMES MUENCHOW, ICE,
JOHN McDONALD, Social Worker,
GEORGE KAEMMERER, PSU,
DOCTOR LARSON, HSU,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Luiz Vasquez has filed a motion for summary judgment in this case, together with a brief and proposed findings of fact, each of which is dated September 24, 2007. The motion will be denied as untimely. The deadline for filing dispositive motions in this case was August 27, 2007. Defendants filed their motion for summary judgment on that day and

1

plaintiff has filed separate documents opposing the motion in accordance with this court's briefing schedule. Because plaintiff has been afforded the opportunity to tell his version of the facts in response to defendants' motion for summary judgment, he will not be prejudiced by the denial of his motion as untimely.

ORDER

IT IS ORDERED that plaintiff's motion for summary judgment is DENIED as untimely.

Entered this 1st day of October, 2007.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge